```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 06 B 05760
  MATTHEW T FAUGHT
  BETH FAUGHT                                     CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6932      SSN XXX-XX-0368

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

      1.  The case was filed on 05/19/06 and confirmed on 08/16/06.

      2.  The case was converted to Chapter 7 after confirmation, 01/10/2008.

      3.  The Debtor paid a total of $  18846.00 .

      4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 17793.22 | 1905.24 | 7065.50 |
| WELLS FARGO FINANCIAL AC | SECURED | 18193.30 | 1951.09 | 7200.06 |
| ILLINOIS DEPT REVENUE | PRIORITY | 840.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 4829.18 | .00 | .00 |
| ASSET MANAGEMENT OUT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | 206.60 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGITS J | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| BASANT K THAWAR MD | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1539.37 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 742.20 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RITE | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 1341.60 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| AMO RECOVERIES | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH R KARCAVICH MD | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC        UNSECURED         126.43           .00         .00
MCS                        UNSECURED      NOT FILED           .00         .00
MERCHANTS CREDIT GUIDE     UNSECURED      NOT FILED           .00         .00
FINANCIAL CONTROL SYSTEM   UNSECURED         137.70           .00         .00
MRSI                       UNSECURED      NOT FILED           .00         .00
NICOR GAS                  UNSECURED      NOT FILED           .00         .00
OSI FUNDING LLC            UNSECURED      NOT FILED           .00         .00
PARK DANSAN                UNSECURED      NOT FILED           .00         .00
PELLETTIERI & ASSOC        UNSECURED      NOT FILED           .00         .00
PHILLIPS EYE CENTER        UNSECURED      NOT FILED           .00         .00
PRAIRIE EMERGENCY SERVIC   UNSECURED      NOT FILED           .00         .00
PROFESSIONAL ACCOUNT MGM   UNSECURED      NOT FILED           .00         .00
PROVENA ST JOSEPH MEDICA   UNSECURED      NOT FILED           .00         .00
AMERICAN MEDICAL COLLECT   UNSECURED      NOT FILED           .00         .00
SOUTHWEST INFECTIOUS DIS   UNSECURED      NOT FILED           .00         .00
TELECOM USA                UNSECURED      NOT FILED           .00         .00
MOORE MD                   UNSECURED      NOT FILED           .00         .00
FIRST MIDWEST BANK         UNSECURED        1104.99           .00         .00
ASSET ACCEPTANCE CORP      UNSECURED         178.82           .00         .00
ILLINOIS DEPT REVENUE      UNSECURED         126.61           .00         .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED       OTHER       TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  35986.52    5670.06     5504.32         .00    47160.90
PRINCIPAL PAID      14265.56        .00         .00         .00    14265.56
INTEREST PAID        3856.33        .00         .00         .00     3856.33
TOTAL PAID          18121.89        .00         .00         .00    18121.89
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $   3000.00
and was paid $     721.00   direct and $       .00   through the plan.

The Trustee received $      724.11 .

Refunds to the Debtor totaled $       .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


       Dated: 04/17/08                    /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE

```
                            PAGE   3
      CASE NO. 06 B 05760 MATTHEW T FAUGHT & BETH FAUGHT
```